ROBIN MAE NEDER *v.* THOMAS WILDRICK
(3660)

HULL, DALY and BIELUCH, Js.

Argued November 14—decision released December 3, 1985

*Charles K. Thompson,* for the appellant (defendant).

*Douglas B. Sherman,* assistant attorney general, with whom were *Eugene C. Cushman* and, on the brief, *Joseph I. Lieberman,* attorney general, for the appellee (plaintiff).

PER CURIAM. There is no error.